William H. Van Vliet III
13615 S. Dixie Hwy, #333B
Snapper Creek FL 33176
Tel (360) 968-1802
Email bill@ibowa.com

August 11, 2006

**By Fax**
215/580-2356

Honorable Anita B. Brody
United States District Court for
 the Eastern District of Pennsylvania
Courtroom 7613
601 Market St.
Philadelphia PA 19106

Re: Van Vliet v. Atlas Communications, Ltd.
 Civil Action No. 05-3000

Dear Judge Brody:

I am the plaintiff in this lawsuit. I am writing to request that the Court hold a further hearing regarding a settlement and dismissal that I understand the Court ordered this past spring.

Although Jack Meyerson of Meyerson & O'Neill represents me in this lawsuit, I have not been able to find out from Mr. Meyerson the exact terms of the settlement and dismissal, as he has not responded to my enquiries. I did learn, however, that Mr. Meyerson consented to the terms of the settlement for me and that those terms supposedly specifically excluded a release by the defendants of David Banks of Banks & Banks. Mr. Banks represented me in this lawsuit as local counsel only, before Mr. Meyerson decided that he wanted to take over the lawsuit and try my case. I wish to inform the Court that I never authorized Mr. Meyerson to consent to such a settlement for me. In fact, I specifically instructed Mr. Meyerson that any settlement of this lawsuit must include a release by the defendants of me and all of my current and former counsel. I gave that instruction because I did not want any further litigation to arise from the disputes between me and the defendants such that the defendants could sue my former counsel.

Mr. Meyerson, however, apparently did not follow my instructions. I recently learned that George Bochetto of Bochetto & Lentz has sued Mr. Banks, his father, and his law firm. Mr. Bochetto was the lawyer who originally filed a wrongful lawsuit against me by Atlas Communications, Ltd., which he prosecuted for five years and then dismissed me with prejudice without winning anything in court or settlement. I then filed this lawsuit against Atlas and Mr. Bochetto for wrongfully prosecuting the prior lawsuit by Atlas against me. Mr. Bochetto apparently claims that Mr. Banks supposedly wrongfully filed this suit against Mr. Bochetto. That is not true.

Nevertheless, I never authorized Mr. Meyerson to agree to a settlement of this lawsuit that would

Honorable Anita B. Brody
United States District Court for
  the Eastern District of Pennsylvania
August 11, 2006
Page 2 of 2

not end all litigation between the parties. Indeed, I specifically instructed Mr. Meyerson that he could not settle this lawsuit for a release that excluded Mr. Banks. Mr. Meyerson, therefore, did not have authority to agree a settlement that excluded a release for Mr. Banks. Unfortunately, I did not learn that Mr. Myerson did so until after the fact. This is a problem because, now that Mr. Bochetto has sued Mr. Banks, Mr. Banks has informed me that he intends to sue Mr. Meyerson, me, and my other former counsel, Frank Fraley of Fraley & Associates. Hence, Mr. Bochetto's new lawsuit defeats the entire purpose of the settlement that I authorized—to end all litigation between the parties.

I, therefore, ask that the Court intervene in this matter and hold a hearing with all of the lawyers to order the settlement that I authorized and agreed to. I will be happy to provide the Court with any further information the Court requires. The Court may reach me at the telephone and fax numbers or the email address above. I have been in Malaysia for some time obtaining medical treatment for my son at a special program for children with brain disabilities, so I ask the Court to telephone, fax, or email any communications to me because it takes a long time for my regular mail to reach me. I appreciate the Court's attention to this matter and look forward to hearing from the Court.

Sincerely,

William H. Van Vliet III

cc:   George Bochetto (by fax (215) 735-2455)
      Jack Meyerson (by fax (215) 972-0277)
      David Banks (by fax (610)940-0843)
      Franklin R. Fraley, Jr. (by fax (213) 996-8367)